UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:16-cr-343-T-23JSS

GARY PAUL MOORMAN
_____/

## ORDER

Under 28 U.S.C. § 636 and Local Rule 6.01(b), the amount of restitution owed by the defendant was referred to the United States Magistrate Judge (Doc. 97) for preparation of a report and recommendation. On January 31, 2018, the United States and the defendant stipulated (Doc. 103) that "$33,280.00 is due and owing to the victims of the defendant's sex-trafficking offenses under the Mandatory Victim Restitution Act." The January 13, 2018 report (Doc. 108) recommends imposition of a $33,280 restitution order against the defendant.

The report and recommendation is **ADOPTED**. The defendant must pay restitution to the victims identified in sealed Doc. 109-1 ($15,280 and $18,000, respectively) in the total mount of $33,280. An amended judgment will issue.

ORDERED in Tampa, Florida, on February 5, 2018.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE